IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICROSPHERIX LLC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC., MERCK SHARP & DOHME CORP, N.V. ORGANON, AND MERCK SHARP & DOHME B.V.,**<br><br>　　Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

## NOTICE OF APPEARANCE BY JOHN E. FLAHERTY

TO:　THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., N.V. Organon, and Merck Sharp & Dohme B.V.  The undersigned hereby certifies that he is admitted to practice before this court.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**McCARTER & ENGLISH, LLP**

Dated:  August 21, 2017　　　　　　　　s/John E. Flaherty
　　　　　　　　　　　　　　　　　　　　John E. Flaherty
　　　　　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP
　　　　　　　　　　　　　　　　　　　　Four Gateway Center
　　　　　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　(973) 622-4444

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Merck & Co., Inc.,*
　　　　　　　　　　　　　　　　　　　　*Merck Sharp & Dohme Corp., N.V. Organon,*
　　　　　　　　　　　　　　　　　　　　*and Merck Sharp & Dohme B.V.*

**E-mail: jflaherty@mccarter.com**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: s/ John E. Flaherty
John E. Flaherty