UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., MERCK SHARP & DOHME CORP, N.V. ORGANON, AND MERCK SHARP & DOHME B.V., <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

**CONSENT ORDER FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY**

**THIS MATTER** having been brought before the Court by Plaintiff Microspherix, LLC ("Plaintiff"), Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., N.V. Organon, and Merck Sharp & Dohme B.V. (collectively, "Defendants"), by and through their counsel, respectfully request the entry of an Order extending the time by which Defendants must respond to Plaintiff's Complaint. Defendants waived service of the summons on July 25, 2017, and their responsive pleadings are currently due September 25, 2017. The parties request a 30 day extension of this deadline to October 25, 2017. The parties have not previously requested an extension of time in this case.

The Court having considered this application, and for good cause shown;

**IT IS** on this _____ day of _____ 2017, hereby

**ORDERED** that this application is hereby granted; and it is further

**ORDERED** that Defendants shall file their responsive pleading to Plaintiff's Complaint by October 25, 2017.

1

AGREED AND CONSENTED TO BY:

Dated:  August 21, 2017                                   Respectfully submitted,

*s/ Christopher DeCoro*                                    *s/ John E. Flaherty*
Christopher DeCoro                                         John E. Flaherty
David Draper                                               Ravin R. Patel
KIRKLAND & ELLIS LLP                                       MCCARTER &ENGLISH, LLP
601 Lexington Avenue                                       Four Gateway Center
New York, NY 10022                                         100 Mulberry Street
Tel: (212) 446-4859                                        Newark, New Jersey 07102
                                                           Tel:  (973) 622-4444
**OF COUNSEL:**                                            Fax:  (973) 297-3971

James F. Hurst, P.C.                                       **OF COUNSEL:**
KIRKLAND & ELLIS LLP
300 North LaSalle                                          Tracey B. Davies
Chicago, IL 60654                                          Michael A. Valek
Tel: (312) 862-5230                                        GIBSON, DUNN & CRUTCHER LLP
                                                           2100 McKinney Avenue, Suite 1100
Stefan Miller                                              Dallas, Texas 75201
KIRKLAND & ELLIS LLP                                       Tel: (214) 698-3100
601 Lexingon Avenue                                        Fax: (214) 571-2900
New York, NY 10022
Tel: (212) 446-6479                                        *Attorneys for Defendants*

*Attorneys for Plaintiffs*


**IT IS SO ORDERED.**


                                                           _____
                                                           **Hon. James B. Clark, III, U.S.M.J.**