UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., MERCK SHARP & DOHME CORP, N.V. ORGANON, AND MERCK SHARP & DOHME B.V., <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

### NOTICE OF APPEARANCE BY RAVIN R. PATEL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., N.V. Organon, and Merck Sharp & Dohme B.V.  The undersigned hereby certifies that he is admitted to practice before this court.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

Dated:  August 21, 2017

s/Ravin R. Patel
Ravin R. Patel
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

**E-mail: rpatel@mccarter.com**

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: s/ Ravin R. Patel  
Ravin R. Patel