UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICROSPHERIX LLC.**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V.**,<br><br>　　　　　Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

### NOTICE OF APPEARANCE BY CHRISTOPHER DECORO

TO:　　THE CLERK OF COURT AND ALL COUNSEL OF RECORD

　　**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiff Microspherix LLC. The undersigned hereby certifies that he is admitted to practice before this court.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 23, 2017　　　　　　　　　　KIRKLAND & ELLIS LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher DeCoro*
　　　　　　　　　　　　　　　　　　　　　Christopher DeCoro
　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　(212) 446-4859

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Microspherix LLC*

E-mail: christopher.decoro@kirkland.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2017, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

                                        */s/ Christopher DeCoro*
                                         Christopher DeCoro