# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue |  |
|---|---|---|
|  | New York, NY 10022 |  |
| David N. Draper |  |  |
| To Call Writer Directly: | (212) 446-4800 | Facsimile: |
| (212) 446-4922 |  | (212) 446-4900 |
| david.draper@kirkland.com | www.kirkland.com |  |

August 31, 2017

**VIA ECF**

Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** *Microspherix LLC, v. Merck & Co., Inc., et al.*, No. 2:17-cv-03984-CCC-JBC

Dear Judge Clark:

This Firm represents Plaintiff Microspherix LLC in the above-captioned action. Pursuant to Your Honor's procedure to admit counsel *pro hac vice*, enclosed is an application on consent for the *pro hac vice* admission of James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu of Kirkland & Ellis LLP as counsel for Plaintiff. The following documents are enclosed:

- Certification of James F. Hurst, P.C.;
- Certification of Stefan Miller;
- Certification of Ashley Ross;
- Certification of Jennifer Liu;
- Supporting Certification of David N. Draper; and
- Proposed Consent Order.

The above papers have been filed electronically pursuant to the electronic filing procedures. If the above papers meet with Your Honor's approval, we respectfully request entry of the proposed Consent Order. Counsel are available should Your Honor have any questions or require additional information.

Respectfully submitted,

s/ David N. Draper

Enclosures
cc: All Counsel of Record (*via ECF*)

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.