David N. Draper
Christopher DeCoro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICROSPHERIX LLC,**<br><br>         Plaintiff,<br><br>   v.<br><br>**MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V.**,<br><br>         Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC<br><br>**CERTIFICATION OF DAVID N. DRAPER**<br><br>*Electronically Filed* |

I, David N. Draper, of full age, hereby certify:

1. I am an attorney-at-law admitted to practice in the State of New Jersey, and a Partner of the law firm Kirkland & Ellis LLP, attorneys for Plaintiff Microspherix LLC in the above-captioned action. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Plaintiff's application on consent for the *pro hac vice* admission of James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu of the law firm Kirkland & Ellis LLP, as counsel for Plaintiff in this matter.

3. James F. Hurst, P.C. is a Partner at Kirkland & Ellis LLP. Mr. Hurst is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in his Certification filed simultaneously with these papers.

4. Stefan Miller is a Partner at Kirkland & Ellis LLP. Mr. Miller is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in his Certification filed simultaneously with these papers.

5. Ashley Ross is an Associate at Kirkland & Ellis LLP. Ms. Ross is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in her Certification filed simultaneously with these papers.

6. Jennifer Liu is an Associate at Kirkland & Ellis LLP. Ms. Liu is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in her Certification filed simultaneously with these papers.

7. I hereby certify that only I, or another attorney at law of this Court, will file papers, enter appearances, sign stipulations, or sign and receive payments on judgments, decrees or orders on behalf of Plaintiff in this action pursuant to Local Rule 101.1(c)(4).

8. Defendants, through counsel, have consented to the *pro hac vice* admission of James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu.

Dated: August 31, 2017

*David Draper*
David N. Draper