Christopher DeCoro
David Draper
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4679

*Attorneys for Plaintiff Microspherix LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICROSPHERIX LLC,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V**.,<br><br>　　　　　Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC<br><br>**CERTIFICATION OF JENNIFER LIU IN SUPPORT OF** *PRO HAC VICE* **ADMISSION**<br><br>*Electronically Filed* |

　　　　I, Jennifer Liu of full age, hereby certify:

　　　　1.　　I am an attorney-at-law admitted to the Bar of the State of New York.  I am an associate of the firm Kirkland & Ellis LLP, attorneys for Plaintiff Microspherix LLC in the above-captioned matter.  I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

　　　　2.　　I was admitted to the Bar for the State of New York in 2016 and am a member in good standing.

3. The name and address of the official or office maintaining the roll of the members of the Bar for the State of New York is the Supreme Court, State of New York, Appellate Division, Second Department, 45 Monroe Place, Brooklyn, NY 11201.

4. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

6. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by members of Kirkland & Ellis LLP who are authorized to practice law in the state of New Jersey.

7. If admitted *pro hac vice*, I understand that an attorney from Kirkland & Ellis LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

8. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

9. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in these matters.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 22, 2017

*Jennifer Liu*

Jennifer Liu