# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V.,<br><br>Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC<br><br>[PROPOSED] CONSENT ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION<br><br>*Electronically Filed* |

**THIS MATTER** having been opened to the Court by David N. Draper, counsel of record for Plaintiff Microspherix LLC, upon application on consent for the entry of an Order admitting *pro hac vice* James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu of the law firm Kirkland & Ellis LLP as counsel for Plaintiff; and Defendants, through counsel, having consented; and the Court having considered all papers filed in support; and for good cause having been shown;

**IT IS** on this 6th day of September, 2017,

**ORDERED** that Plaintiff's application on consent for the *pro hac vice* admissions of James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu as counsel for Plaintiff is hereby **GRANTED**; and it is further

**ORDERED** that James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of Plaintiff in this matter; and it is further

**ORDERED** that James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, each make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall each pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that James F. Hurst, P.C., Stefan Miller, Ashley Ross, and Jennifer Liu shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by an attorney at law of this Court pursuant to Local Civil Rule 101.1(c)(4).

**SO ORDERED.**

_____
Hon. James B. Clark, III, U.S.M.J.