IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V., <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

### NOTICE OF APPEARANCE BY GUILLERMO CARLO ARTILES

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., N.V. Organon, and Merck Sharp & Dohme B.V.  The undersigned hereby certifies that he is admitted to practice before this court.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

Dated:  September 7, 2017

By:  s/Guillermo C. Artiles
     Guillermo C. Artiles
     McCARTER & ENGLISH, LLP
     Four Gateway Center
     100 Mulberry Street
     Newark, New Jersey 07102
     (973) 622-4444

     *Attorneys for Defendants Merck & Co., Inc.*
     *Merck Sharp & Dohme Corp., N.V. Organon,*
     *and Merck Sharp & Dohme B.V.*

**E-mail: gartiles@mccarter.com**

ME1 25618185v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: *s/Guillermo C. Artiles*
Guillermo C. Artiles

ME1 25618185v.1