David N. Draper
Christopher DeCoro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC,<br><br>            *Plaintiff*,<br><br>       v.<br><br>MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V.,<br><br>            *Defendants*. | Civil Action No. 2:17-cv-03984-CCC-JBC<br><br>*Electronically Filed* |

**REQUEST FOR *PRO HAC VICE***
**ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel, Ashley Ross, to receive electronic notification in the within matter, and it is represented that

1. An Order of the Court granting a motion for Ashley Ross to appear *pro hac vice* in the within matter was entered on September 7, 2017; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 11, 2017                                  KIRKLAND & ELLIS LLP

                                                                              s/ David N. Draper                           
                                                                              David N. Draper
                                                                              Christopher DeCoro
                                                                              KIRKLAND & ELLIS LLP
                                                                              601 Lexington Avenue
                                                                              New York, NY 10022
                                                                              (212) 446-4800

***PRO HAC VICE* ATTORNEY INFORMATION**
Ashley Ross
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: ashley.ross@kirkland.com