John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Attorneys for Defendants Merck & Co., Inc.,
Merck Sharp & Dohme Corp., N.V. Organon,
and Merck Sharp & Dohme B.V.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V., <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

### REQUEST FOR *PRO HAC VICE*
### ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

    Request is hereby made by local counsel for *pro hac vice* counsel, Tracey B. Davies, to receive electronic notification in the within matter, and it is represented that

1.    An Order of the Court granting a motion for Tracey B. Davies to appear *pro hac vice* in the within matter was entered on September 21, 2017; and

2.    The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c )(3), has been paid to the Clerk of the Court

ME1 25628815v.1

| | |
|---|---|
| Dated:  September 21, 2017 | McCARTER & ENGLISH, LLP |
| | |
| | *s/  John E. Flaherty* |
| | John E. Flaherty |
| | McCARTER & ENGLISH, LLP |
| | Four Gateway Center |
| | 100 Mulberry Street |
| | Newark, New Jersey  07102 |
| | (973) 622-4444 (telephone) |

***PRO HAC VICE* ATTORNEY INFORMATION**
Tracey B. Davies
GIBSON DUNN & CRUTCHER, LLP
2100 Mckinney, Suite 1100
Dallas, Texas 75201
Tel:  (214) 698-3100
Fax:  (214) 571-
Email:  tdavies@gibsondunn.com