John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme Corp., N.V. Organon,*
*and Merck Sharp & Dohme B.V.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V., <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

### REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Michael A. Valek, to receive electronic notification in the within matter, and it is represented that

1. An Order of the Court granting a motion for Michael A. Valek to appear *pro hac vice* in the within matter was entered on September 21, 2017; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c )(3), has been paid to the Clerk of the Court

ME1 25628815v.1

Dated:  September 21, 2017　　　McCARTER & ENGLISH, LLP

　　　　　　　　　　　　　　　　*s/  John E. Flaherty*
　　　　　　　　　　　　　　　　John E. Flaherty
　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP
　　　　　　　　　　　　　　　　Four Gateway Center
　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　Newark, New Jersey  07102
　　　　　　　　　　　　　　　　(973) 622-4444 (telephone)
　　　　　　　　　　　　　　　　(973) 624-7070 (facsimile)


***PRO HAC VICE* ATTORNEY INFORMATION**
Michael A. Valek
GIBSON DUNN & CRUTCHER, LLP
2100 Mckinney, Suite 1100
Dallas, Texas 75201
Tel:  (214) 698-3100
Fax:  (214) 571-2933
Email:  mvalek@gibsondunn.com