John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Attorneys for Defendants Merck & Co., Inc.,*
*Merck Sharp & Dohme Corp., N.V. Organon,*
*and Merck Sharp & Dohme B.V.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., MERCK SHARP & DOHME CORP., N.V. ORGANON, AND MERCK SHARP & DOHME B.V., <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-JBC |

## REQUEST FOR *PRO HAC VICE*
## ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Betty X. Yang, to receive electronic notification in the within matter, and it is represented that

1.   An Order of the Court granting a motion for Betty X. Yang to appear *pro hac vice* in the within matter was entered on September 21, 2017; and

2.   The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c )(3), has been paid to the Clerk of the Court

ME1 25628815v.1

Dated:  September 21, 2017          McCARTER & ENGLISH, LLP

                                    *s/  John E. Flaherty*
                                    John E. Flaherty
                                    McCARTER & ENGLISH, LLP
                                    Four Gateway Center
                                    100 Mulberry Street
                                    Newark, New Jersey  07102
                                    (973) 622-4444 (telephone)
                                    (973) 624-7070 (facsimile)

***PRO HAC VICE* ATTORNEY INFORMATION**
Betty X. Yang
GIBSON DUNN & CRUTCHER, LLP
2100 Mckinney, Suite 1100
Dallas, Texas 75201
Tel:  (214) 698-3100
Fax:  (214) 571-2933
Email:  byang@gibsondunn.com

2