

November 3, 2017

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE:** *Microspherix LLC. v. Merck Sharp & Dohm Corp., et al.*,
<u>Civil Action No. 17-3984 (CCC)(JBC)</u>

Dear Judge Cecchi:

  Together with Gibson, Dunn & Crutcher, LLP, we represent the Merck Defendants in the above-referenced action.

  On October 25, 2017, Defendants' filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). The Amended Brief attached hereto (D.I. 33), which we file with Plaintiff's consent, is substantively identical to the October 25, 2017 brief (D.I. 28-1), but contains citations to Plaintiff's Amended Complaint rather than its original Complaint.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via ECF)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON