Christopher DeCoro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4859
christopher.decoro@kirkland.com

David Draper
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212)-446-4922
david.draper@kirkland.com
*Attorneys for Plaintiff Microspherix LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICROSPHERIX LLC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., MERCK SHARP & DOHME B.V., AND ORGANON USA, INC. <br><br> Defendants. | Civil Action No. 2:17-cv-03984-CCC-MF |

**STIPULATED ORDER DISMISSING WITH PREJUDICE
COUNT II OF THE AMENDED COMPLAINT**

This stipulation is made by and between Plaintiff Microspherix LLC and Defendants Merck Sharp & Dohme Corp., Merck Sharp & Dohme B.V., and Organon USA, Inc. (collectively, "Defendants" or "Merck"). Plaintiff and Defendants, by and through their respective undersigned counsel in the above-captioned action, and subject to approval of the Court, stipulate and agree as follows:

1.  Plaintiff's October 18, 2017 Amended Complaint in this action contains four counts: (1) Count I alleging infringement of U.S. Patent No. 9,636,402; (2) Count II alleging infringement of U.S. Patent No. 6,514,193 ("'193 Patent"); (3) Count III alleging infringement of U.S. Patent No. 9,636,401; and (4) Count IV alleging infringement of U.S. Patent No. 8,821,835.

2.  Merck filed four *Inter Partes* Review Petitions with the U.S. Patent and Trial Appeal Board ("PTAB") alleging that all asserted claims of the patents-in-suit are unpatentable. The PTAB instituted IPR proceedings on all four asserted patents.

3.  Plaintiff subsequently cancelled the asserted claims of the '193 Patent.

4.  Plaintiff therefore dismisses with prejudice Count II of the Amended Complaint. Plaintiff's remaining claims asserting infringement of patents other than the '193 Patent shall not be affected by this Stipulation.

AGREED AND CONSENTED TO BY:

Dated:  June 29, 2020

*s/ David Draper*
Christopher DeCoro
David Draper
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4859

**OF COUNSEL:**

James F. Hurst, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-5230

Stefan Miller
KIRKLAND & ELLIS LLP
601 Lexingon Avenue
New York, NY 10022
Tel: (212) 446-6479

*Attorneys for Plaintiffs*

Respectfully submitted,

*s/ John E. Flaherty*
John E. Flaherty
Cynthia S. Betz
MCCARTER &ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel:  (973) 622-4444
Fax:  (973) 297-3971

**OF COUNSEL:**

Tracey B. Davies
Y. Ernest Hsin (*pro hac vice* forthcoming)
Betty X. Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

*Attorneys for Defendants*

**IT IS SO ORDERED.**

**HON. CLAIRE C. CECCHI**
**United States District Judge**