# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>MERCK SHARP & DOHME CORP., MERCK SHARP & DOHME B.V., AND ORGANON USA, INC.,<br><br>　　　　　　*Defendants.* | Civil Action No. 2:17-cv-03984-CCC-MF |

### STIPULATION EXTENDING TIME FOR PLAINTIFF
### TO ANSWER OR OTHERWISE MOVE

　　The parties, Defendants Merck Sharp & Dohme Corp., Merck Sharp & Dohme B.V., AND Organon USA, Inc. (collectively, "Defendants"), and Plaintiff Microspherix LLC ("Plaintiff"), by and through their respective counsel, having agreed to a Stipulation Extending Time for Plaintiff to Answer or Otherwise Move through October 2, 2020 so the parties can continue to explore a potential resolution of the dispute regarding U.S. Patent No. 10,493,181; and Plaintiff's time to respond having previously been extended by application and subsequent stipulation to September 28, 2020;

　　IT IS on this 25th day of September, 2020,

　　STIPULATED AND AGREED that the time for Plaintiff to answer or otherwise move in response to Defendants' Answer, Defenses, and Counterclaims to Amended Complaint (D.I. 90) is hereby extended up to and including October 2, 2020.

Dated: September 25, 2020

| | |
|---|---|
| By: *s/ David N. Draper* | By: *s/ John E. Flaherty* |

Christopher DeCoro
David N. Draper
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446–4800
christopher.decoro@kirkland.com
david.draper@kirkland.com

**OF COUNSEL**:

James F. Hurst, P.C. (admitted *pro hac vice*)
Marcus Sernel, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862–5230
james.hurst@kirkland.com
msernel@kirkland.com

Stefan Michael Miller (admitted *pro hac vice*)
Tasha Francis Gerasimow (admitted *pro hac vice*)
Ashley Ross (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446–6479
stefan.miller@kirkland.com
tasha.gerasimow@kirkland.com
ashley.ross@kirkland.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

John E. Flaherty
Cynthia S. Betz
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry St.
Newark, New Jersey 07102
(973) 622-4444
jflaherty@mccarter.com
cbetz@mccarter.com

**OF COUNSEL**:

Tracey B. Davies (admitted *pro hac vice*)
Ernest Hsin (admitted *pro hac vice*)
Betty X. Yang (admitted *pro hac vice*)
Andrew Blythe (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue #1100
Dallas, Texas 75201-6912
(214) 698-3369
tdavies@gibsondunn.com
ehsin@gibsondunn.com
byang@gibsondunn.com
ablythe@gibsondunn.com

*Attorneys for Defendants*

_____
**Hon. Mark Falk, U.S.M.J.**