Christopher DeCoro
David N. Draper
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
christopher.decoro@kirkland.com
david.draper@kirkland.com

*Attorneys for Plaintiff Microspherix LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC,<br><br>     *Plaintiff,*<br><br> v.<br><br>MERCK SHARP & DOHME CORP., MERCK SHARP & DOHME B.V., AND ORGANON USA, INC.,<br><br>     *Defendants.* | Civil Action No. 2:17-cv-03984-CCC-MF<br><br>**PLAINTIFF'S NOTICE OF PARTIAL MOTION TO DISMISS DEFENDANTS' SECOND, FOURTH, AND SIXTH COUNTERCLAIMS AND STRIKE DEFENDANTS' SECOND AND NINTH DEFENSE**<br><br>*Document Filed Electronically*<br><br>Return Date: November 2, 2020<br><br>**ORAL ARGUMENT IS REQUESTED** |

**PLEASE TAKE NOTICE** that on November 2, 2020, or as soon the Court deems

appropriate, the undersigned attorneys for Plaintiff Microspherix LLC ("Microspherix") shall

move before the Honorable Claire C. Cecchi, United States District Judge, for an Order granting

Microspherix's Partial Motion to Dismiss Defendants Merck Sharp & Dohme Corp., Merck Sharp

& Dohme B.V., and Organon USA, Inc.'s (collectively, "Merck") Second, Fourth, and Sixth

Counterclaims and Strike Merck's Second and Ninth Defenses on the grounds and bases set forth

in the accompanying Brief in Support and reflected below:

- Partially dismiss under Rule 12(b)(6) Merck's Second, Fourth, and Sixth Counterclaims and strike under Rule 12(f) Merck's Second Defense that are based on anticipation and obviousness theories of invalidity that were raised or reasonably could have been raised in the related *inter partes* review prodceedings;

- Partially dismiss under Rule 12(b)(6) Merck's Second, Fourth, and Sixth Counterclaims and strike under Rule 12(f) Merck's Second Defense for failure to plead all the elements of 35 U.S.C. § 102(g)(2); and

- Strike under Rule 12(f) Merck's Ninth Defense as bare bones conclusory allegations that prejudice Microspherix and could not possibly prevent recovery under any pleaded or inferable set of facts.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Microspherix will rely upon the accompanying Brief in Support of its Motion, the Declaration of Tasha Francis Gerasimow and exhibits annexed thereto, any reply papers in support of its Motion, and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

2

Dated: October 2, 2020                                    Respectfully submitted,

                                                          /s/ *David N. Draper*
                                                          David N. Draper
                                                          Christopher DeCoro
                                                          **KIRKLAND & ELLIS LLP**
                                                          601 Lexington Avenue
                                                          New York, NY 10022
                                                          (212) 446–4800
                                                          david.draper@kirkland.com
                                                          christopher.decoro@kirkland.com

*Of Counsel:*

James F. Hurst, P.C. (admitted *pro hac vice*)
Marcus Sernel, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862–5230
james.hurst@kirkland.com
msernel@kirkland.com

Stefan Michael Miller (admitted *pro hac vice*)
Tasha Francis Gerasimow (admitted *pro hac vice*)
Ashley Ross (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446–6479
stefan.miller@kirkland.com
tasha.gerasimow@kirkland.com
ashley.ross@kirkland.com

*Attorneys for Plaintiff Microspherix LLC*