# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC,<br><br>     Plaintiff,<br> v.<br><br>MERCK SHARP & DOHME CORP.,<br>MERCK SHARP & DOHME B.V.<br>AND ORGANON USA, INC.,<br><br>     Defendants. | Civil Action No. 2:17-cv-03984<br><br>(CCC/MF)<br><br>**NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A REPLY BRIEF** |

TO: **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendants Merck Sharp & Dohme Corp., Merck Sharp & Dohme B.V. and Organon USA, Inc., will move before move before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King Building, & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, on March 1, 2021, or as soon thereafter as counsel may be heard, for entry of an Order, to Strike Portions of Plaintiff's Responsive Claim Construction Brief, or in the Alternative, for Leave to File a Reply Brief.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the accompanying memorandum of law, the Declaration of John E. Flaherty, with exhibits, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting the motion is attached.

Dated: February 1, 2021

Respectfully submitted,

| **GIBSON, DUNN & CRUTCHER LLP** | **MCCARTER & ENGLISH, LLP** |
|---|---|
| Y. Ernest Hsin (*admitted pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Tel: (415) 393-8200<br>ehsin@gibsondunn.com | /s/ *John E. Flaherty*_____<br>John E. Flaherty<br>Cynthia S. Betz<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, New Jersey 07102<br>Tel: (973) 622-4444<br>jflaherty@mccarter.com<br>cbetz@mccarter.com |
| Betty X. Yang (*admitted pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Tel: (214) 698-3100<br>byang@gibsondunn.com | |
| Andrew P. Blythe (*admitted pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949) 451-3800<br>ablythe@gibsondunn.com | |