# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROSPHERIX LLC,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MERCK SHARP & DOHME CORP.,<br>MERCK SHARP & DOHME B.V.<br>AND ORGANON USA, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:17-cv-03984<br><br>(CCC/MF)<br><br>**NOTICE OF MOTION FOR<br>LEAVE TO SERVE AMENDED<br>INVALIDITY CONTENTIONS** |

TO: **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendants Merck Sharp & Dohme Corp., Merck Sharp & Dohme B.V. and Organon USA, Inc., will move before move before the Honorable Mark Falk, U.S.M.J., at the Martin Luther King Building, & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, on April 5, 2021, or as soon thereafter as counsel may be heard, for entry of an Order, for Leave to Serve Amended Invalidity Contentions.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the accompanying memorandum of law, the Declaration of Andrew P. Blythe, with exhibits, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting the motion is attached.

Dated:  March 5, 2021                                    Respectfully submitted,

| **GIBSON, DUNN & CRUTCHER LLP** | **MCCARTER & ENGLISH, LLP** |
|---|---|
| Y. Ernest Hsin (*admitted pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 9410575201<br>Tel: (415) 393-8200<br>ehsin@gibsondunn.com<br><br>Betty X. Yang (*admitted pro hac vice*)<br>GIBSON, DUNN & CRUTCHER, LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Tel: (214) 698-3100<br>Fax: (214) 571-2900<br>byang@gibsondunn.com<br><br>Andrew P. Blythe (*admitted pro hac vice*)<br>GIBSON, DUNN & CRUTCHER, LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949) 451-3800<br>ablythe@gibsondunn.com | _/s/ John E. Flaherty_____<br>John E. Flaherty<br>Cynthia S. Betz<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, New Jersey 07102<br>(973) 622-4444<br>jflaherty@mccarter.com<br>cbetz@mccarter.com |